UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIN WHELAN,<br><br>　　　　　　　Plaintiff,<br><br>　　-against-<br><br>NORTHSTAR LOCATION SERVICES, LLC,<br><br>　　　　　　　Defendant. | **Case No.: 1:12-cv-00291**<br><br>**NOTICE OF SETTLEMENT** |

　　NOW COMES the Plaintiff, Erin Whelan, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

　　Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　By: /s/ *Adam T. Hill*
　　　　　　　　　　　　　　　　　　Adam T. Hill
　　　　　　　　　　　　　　　　　　KROHN & MOSS, LTD.
　　　　　　　　　　　　　　　　　　10 N. Dearborn St. Fl. 3
　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　312-578-9428
　　　　　　　　　　　　　　　　　　ahill@consumerlawcenter.com
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff.

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to Linda Leising, counsel for defendant, by way of USPS at the below address.

Linda Leising

Northstar Location Services, LLC

4285 Genesee Street

Cheektowaga  New York  14225-1943

                    By: /s/ *Adam T. Hill*
                         Adam T. Hill
                         Attorney for Plaintiff

.